**90-85.** State v. Schiebel. *Hamilton County,* No. C-870236. On November 23, 1990, this court ordered that issuance of the mandate in this cause be stayed provided that appellee/cross-appellant timely filed a petition for writ of certiorari with the United States Supreme Court. It was further ordered that said stay would continue until the United States Supreme Court acted upon appellee/cross-appellant's petition for writ of certiorari.

On April 19, 1991, this court received notification from the Supreme Court of the United States that said Court on April 15, 1991, entered an order in case No. 90-1314, *Marvin L. Warner and David J. Schiebel* v. *Ohio* which stated: "On consideration of the petition for a writ of certiorari herein to the Supreme Court of Ohio, IT IS ORDERED by this Court that said petition be, and the same is hereby, denied."

Upon consideration that the stay of issuance of the mandate and execution of sentence granted by this court on November 23, 1990, was conditioned upon disposition of said petition to the Supreme Court of the United States, and it appearing to this court that the Supreme Court of the United States has rendered such disposition of said petition,

IT IS ORDERED that said stay is hereby terminated as of the date of this entry.

IT IS FURTHER ORDERED that a copy of this entry be certified to the Clerk of the Court of Appeals for Hamilton County for entry and that a mandate be sent to the Court of Common Pleas of Hamilton County to carry the judgment in this cause into execution.

### Monday, April 22, 1991

## MOTION DOCKET

**91-731.** Buchanan v. Spitzer Motor City, Inc. *Cuyahoga County,* Nos. 57893 and 58058. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Cuyahoga County to certify its record. Upon consideration of appellants' motion to stay execution of judgment of the Eighth District Court of Appeals and set supersedeas bond, IT IS ORDERED by the court that said motion for stay be, and the same is hereby, granted, effective April 19, 1991.

IT IS FURTHER ORDERED by the court that bond be set at $35,000 and that said bond be filed in accordance with App. R. 7(B).

IT IS FURTHER ORDERED by the court that appellants notify this court when bond has been posted as ordered above.

### Tuesday, April 23, 1991

## MOTION DOCKET

**91-713.** State, ex rel. Serge, v. Clermont Cty. Court of Common Pleas, Div. of Domestic Relations. In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relator's motion for alternative writ and request for oral argument, IT IS ORDERED by the court that said motion and request be, and the same are hereby, denied.

Sweeney, J., dissents as to the denial of the motion for alternative writ.